1

2

3

4

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8
   J&J SPORTS PRODUCTIONS, INC.,    )    1:10-cv-02109 OWW SMS
9                                   )
               Plaintiff,           )    THE COURT'S ACKNOWLEDGMENT
10                                  )    OF NOTICE OF BANKRUPTCY
      v.                            )    FILED AS TO DEFENDANT
11                                  )    JEREMY HELPER
   JEREMY HELPER et al.             )
12                                  )    Initial Scheduling
               Defendants.         )    Conference Date:  7/7/2011
13                                  )    8:15 Ctrm. 3 is VACATED
   _____ )
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17

18

19  The Court having received notice of bankruptcy as to Defendant

20  Jeremy Helper.  Plaintiff shall obtain an order for relief from

21  stay of bankruptcy as to said Defendant, or give notice of its

22  intent to proceed with the balance of this action as to all other

23  Defendants except as to the bankrupt party.

24

25  IT IS SO ORDERED:

26

27  Dated: May 27, 2011          /s/ OLIVER W. WANGER

28                               United States District Judge

                              1