1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

10  J & J Sports Productions, Inc.,          CASE NO. 1:10-cv-02109 OWW SMS

11
                       Plaintiff,            STIPULATION AND ORDER OF
12                                           DISMISSAL OF PLAINTIFF'S
                                             COMPLAINT AGAINST
13        vs.                                DEFENDANTS IAN DOUGLAS
                                             HELPER, JEREMY PORTER
14                                           HELPER and STEPHEN DAVID
    Ian Douglas Helper, et al.,              HELPER, individually and d/b/a
15                                           TILTED KILT
16                     Defendants.
17

18        IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS

19  PRODUCTIONS, INC. and Defendants IAN DOUGLAS HELPER, JEREMY

20  PORTER HELPER and STEPHEN DAVID HELPER, individually and d/b/a TILTED

21  KILT that the above-entitled action is hereby dismissed **with prejudice** against IAN

22  DOUGLAS HELPER, JEREMY PORTER HELPER and STEPHEN DAVID

23  HELPER, individually and d/b/a TILTED KILT.

24        This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

25  Each Party referenced-above shall bear its own attorneys' fees and costs.

26  ///

27
28

    ///

    STIPULATION OF DISMISSAL
    PAGE 1

Dated: June 15, 2011          _s/ Thomas P. Riley_____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**

By:  Thomas P. Riley

Attorneys for Plaintiff

J & J SPORTS PRODUCTIONS, INC.

Dated:          June 15, 2011          _s/ Jeffrey B. Pape_____

**PAPE & SHEMAN, L.L.P.**

By:  Jeffrey B. Pape

Attorneys for Defendants

IAN DOUGLAS HELPER,

JEREMY PORTER HELPER and

STEPHEN DAVID HELPER,

individually and d/b/a TILTED KILT

IT IS SO ORDERED.

Dated:   **June 30, 2011**          _____/s/ Oliver W. Wanger___

UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**